FILED - USDC -NH
2023 OCT 11 AM 9:25

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Cr. No.: 23-cr-89-SE-TSM |
| ) | |
| vs. ) | 18 U.S.C. § 2252A(a)(2)(A) & (b)(1) |
| ) | 18 U.S.C. § 2252A(a)(5)(B) & (b)(2) |
| EVAN GADAROWSKI ) | |
| ) | |

### INFORMATION

**THE GRAND JURY CHARGES:**

### COUNT 1

(Distribution of Child Pornography – 18 U.S.C. §§ 2252A(a)(2)(A) & (b)(1))

On or about June 30, 2018, in the District of New Hampshire, the defendant,

**EVAN GADAROWSKI**

knowingly distributed any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, specifically, the internet, in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

### COUNT 2

(Possession of Child Pornography – 18 U.S.C. § 2252A(a)(5)(B) & (b)(2))

On or about March 3, 2021, in the District of New Hampshire, the defendant,

**EVAN GADAROWSKI**

knowingly possessed material that contained one or more images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which had been transported in and affecting interstate commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## NOTICE OF FORFEITURE

Upon conviction of one or more of the offenses alleged in Counts One and Two of this Information, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 2253, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the charged offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the charged offenses, including but not limited to:

One Samsung Galaxy S7 Edge.

Date:   October 11, 2023

JANE E. YOUNG
United States Attorney
District of New Hampshire

By: _____
Kasey A. Weiland
Assistant U.S. Attorney