THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | Case No. 1:23-cr-00089-SE-TSM-1 |
| EVAN GADAROWSKI ) | |

ASSENTED-TO MOTION TO CONTINUE

NOW COMES the Defendant, Evan Gadarowski, by and through counsel, and moves this Honorable Court to continue the Sentencing Hearing scheduled in this matter for a period of 90 days, as the Court's docket permits. In support of this, the Defendant as follows:

1. The Defendant has been charged by Information with Distribution of Child Pornography pursuant to 18 U.S.C. § 2252A(a)(2)(A) and (b)(1), and Possession of Child Pornography pursuant to 18 U.S.C. § 2252A(a)(5)(B) & (b)(2).

2. The Sentencing Hearing is scheduled to occur on February 2, 2024, at 10:00 a.m.

3. Defense counsel needs additional time to gather sentencing material.

4. AUSA Kasey Weiland has been contacted and assents to this Motion to Continue.

WHEREFORE, the Defendant prays for the following relief:

A. To continue the February 2, 2024, Sentencing Hearing for a period of 90 days, as the Court's docket permits; and

B. For such other relief the Court deems equitable and just.

          Respectfully submitted,
Evan Gadarowski
By his attorneys,

WILSON, BUSH & KEEFE, P.C.

Dated:   January 23, 2024          /s/   Charles J. Keefe
          Charles J. Keefe, NH Bar No.:  14209
378 Main Street
Nashua, New Hampshire 03060
(603) 595-0007
keefe@wbdklaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Assented-Motion to Continue was this day forwarded to Kasey A. Weiland, Esquire, Assistant United States Attorney through the Electronic Case Filing System.

Dated:  January 23, 2024          /s/  Charles J. Keefe
          Charles J. Keefe