UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.   Case No. 23-cr-89-01-SE-TSM

Evan Gadarowski

**ARREST WARRANT**

RECEIVED
DEC 11 2023
U.S. MARSHALS SERVICE

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Evan Gadarowski and bring him forthwith to the nearest magistrate judge to answer a Memorandum charging him with

Violation of Condition of Bail. See Memorandum attached.

ISSUED BY: _____
Jennifer Bartlett
Deputy Clerk

DATE: 12/8/2023

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/11/2023 | Brandon Wilson, DUSM | [signature] |
| DATE OF ARREST | | |
| 12/12/2023 | | |

SEALED DOCUMENT