UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America
Plaintiff(s)/United States

v.

Case No. 1:23-cr-00089-SE-TSM-1

Evan Gadarowski
Defendant(s)

## NOTICE OF CONVENTIONAL FILING

Please take notice that Evan Gadarowski has conventionally filed the following attachment or exhibit: Exhibit A.

This attachment or exhibit has not been filed electronically because:

The document contains protected health information.

Date: 04/26/2024

/s/ Charles J. Keefe
Charles J. Keefe
14209
Wilson, Bush & Keefe, P.C.
378 Main Street
Nashua, NH 03060
603-595-0007
keefe@wbdklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

AUSA Kasey A. Weiland, Esquire, and United States Probation by email.

Date: 04/26/2024

/s/ Charles J. Keefe
Charles J. Keefe
14209
Wilson, Bush & Keefe, P.C.
378 Main Street
Nashua, NH 03060
603-595-0007
keefe@wbdklaw.com