Acknowledgment – Sentencing Options and Supervision Conditions

# UNITED STATES DISTRICT COURT
## District of New Hampshire

UNITED STATES OF AMERICA

v.  **ACKNOWLEDGMENT**

Evan Gadarowski  Case Number:  1:23CR00089-1-SE
Defendant

I, <u>Evan Gadarowski</u>, acknowledge that I have received, reviewed and understand the proposed Sentencing Options and Supervision Conditions filed by the U.S. Probation Office in this case.

Date: 5/3/24

_____
Defendant

_____
Defense Counsel

cc: Defendant
    U.S. Attorney
    U.S. Marshal
    U.S. Probation
    Defense Counsel

USDCNH-103 (10-14)